

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Stephen Law,

　　　　　　　　　　　　　Debtor.

Case No: 2:04-bk-10052-TD

Chapter: 7

ORDER IN RESPONSE TO BAP'S ORDER GRANTING LIMITED REMAND

On April 23, 2009, the Bankruptcy Appellate Panel ("BAP") entered an order granting a limited remand of Debtor's appeal of my Memorandum Decision Regarding Trustee's Motion to Surcharge Debtor's Homestead Exemption, entered February 20, 2009. The issue remanded was whether or not to certify Debtor's appeal pursuant to 28 U.S.C. § 753(f), which states that fees for transcripts furnished to persons permitted to appeal *in forma pauperis* shall be paid by the United States if "the trial judge or a circuit judge certifies that the suit or appeal is not frivolous (but presents a substantial question)."[1]

---

[1] The issue of whether Debtor may proceed *in forma pauperis* was transferred to the District Court. See the BAP's Order Transferring Motion to United States District Court for Limited Purpose of Ruling on Motion Under 28 U.S.C. § 1915, filed April 23, 2009.

-1-

The issue resolved in my Memorandum Decision was whether Debtor's homestead exemption should be surcharged. I concluded that Debtor's entire homestead exemption must be surcharged, based on evidence demonstrating that his pattern of conduct throughout his bankruptcy amounted "to a fraud on the court and the debtor's creditors" and increased administrative costs in the estate substantially. In re Onubah, 375 B.R. 549, 554 (9th Cir. BAP 2007). In so concluding, I resolved substantial questions of fact and law that are properly the subject of an appeal.[2] Therefore, I hereby CERTIFY that Debtor's appeal is not frivolous, but presents a substantial question.

DATED: 5/6/09

HONORABLE THOMAS B. DONOVAN
UNITED STATES BANKRUPTCY JUDGE

---

[2] I note the irony that, if the BAP affirms my decision, it will have found that Debtor's pattern of conduct throughout this proceeding, including his bankruptcy filing, was based on fraud—in essence, that all of Debtor's filings have been frivolous. I nevertheless believe that Debtor's appeal presents substantial factual and legal questions that should be ruled on by the BAP. It would be inappropriate for me to effectively affirm my own decision by preventing Debtor from appealing my findings.

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER IN RESPONSE TO BAP'S ORDER GRANTING LIMITED REMAND was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 5, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

sgubner@ebg-law.com

ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Hon. Dennis Montali, BAP No. CC-09-1077
PO Box 7341
San Francisco, CA 94120-7341

**Stephen Law**
P O Box 93562
City of Industry, CA 91715-3562

**Alfred H Siegel**
Siegel, Gottlieb, Mangel & Levine
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403-2201
(818) 325-8441

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page